UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Goodwill Industries of S.E.L.A., Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Mt. Hawley Insurance Company, <br><br> Defendant. | 24-CV-0398 (JPO) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On June 10, 2024, I issued an Order directing Plaintiff to retain counsel already admitted in this district or Plaintiff's current counsel to move for admission to this Court pro hac vice. (ECF 28.) The June 21, 2024 deadline to submit a notice of appearance or file a pro hac vice motion has now expired. Accordingly, I am nunc pro tunc extending the time for Plaintiff's newly retained counsel to appear or for Plaintiff's current counsel to move for pro hac vice admission in this District until July 3, 2024. If there is neither a notice of appearance on behalf of Plaintiff from counsel admitted in this District or a motion for admission pro hac vice by Plaintiff's current counsel filed by the new deadline, I may write a report and recommendation that this case be dismissed for failure to prosecute.

    Counsel for Defendant is directed to email a copy of this Order to current counsel for Plaintiff, Nicaud & Sunseri Law Firm LLC.

DATED:    June 24, 2024
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge