UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Goodwill Industries of S.E.L.A., Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Mt. Hawley Insurance Company, <br><br> Defendant. | 24-CV-0398 (JPO) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 3, 2024, a mediation conference was held in this matter. The mediation between the parties was ultimately unsuccessful. (ECF 34.)

Accordingly, the parties are directed to file a joint letter regarding the status of discovery no later than **January 10, 2025**. The joint letter shall include an update on the progress of discovery, confirming that all depositions have been scheduled or completed and that there are no ongoing discovery disputes at this time.

DATED:   January 6, 2025
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge